AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, ATTACHMENTS** |
| EFFECTED (1) BY ME: | Paul Salmon |
| TITLE: | **PROCESS SERVER**   DATE: 7/29/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:
JGS FOODS, LLC A/K/A J.G.S. SUPERMARKET CORP   GEORGE  MGR

Place where served: 105-38 Rockaway Beach Blvd

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: ___

Description of person accepting service:

SEX: M  AGE: 60  HEIGHT: 5'10  WEIGHT: 190  SKIN: Brown  HAIR: Gry  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___    SERVICES $ ___.___    TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/29/20 08

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

7-29-08

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8 2011

| | |
|---|---|
| ATTORNEY: | MARK HANNA, ESQ |
| PLAINTIFF: | TRUSTEES OF THE UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND, ET AL |
| DEFENDANT: | JGS FOOD, LLC., ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CIV 6497 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW