| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT, ATTACHMENTS** <br> EFFECTED (1) BY ME: Paul Salazar <br> TITLE: **PROCESS SERVER** | | DATE: 7/29/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

RJC FOODS, LLC T/A KEY FOOD MARKETPLACE     George Mgr

Place where served:

105-38 Rockaway Beach Blvd

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 60   HEIGHT: 5'10   WEIGHT: 190   SKIN: Brown   HAIR: Gray   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/29/2008          SIGNATURE OF OUT OF STATE          L.S.          7-29-08
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARK HANNA, ESQ
PLAINTIFF: TRUSTEES OF THE UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND, ET AL
DEFENDANT: JGS FOOD, LLC., ET AL
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CIV 6497

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW